DANIEL F. KIELY, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

*Kiely* v. *N. Y. & Harlem R. R. Co.*, 132 App. Div. 924, affirmed.
(Submitted May 17, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover the amount of an adjudicated claim against the defendant alleged to have been assigned by the owner thereof to the plaintiff herein.

*Alexander S. Lyman* for appellants.

*Daniel F. Kiely*, respondent, in person.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE WASHINGTON LIFE INSURANCE COMPANY, Respondent, v. BLAIR T. SCOTT, Appellant.

*Washington Life Ins. Co.* v. *Scott*, 128 App. Div. 929, affirmed.
(Argued May 17, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 20, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover moneys alleged to have been received by defendant in a fiduciary capacity and converted by him to his own use.

*William B. Ellison* and *Arnold L. Davis* for appellant.

*Henry A. Rubino* and *Finis E. Montgomery* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.